

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>BARRY R. SHARER, CPA<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(856)435-3200<br>Accountant for the Chapter 7 Trustee | **Order Filed on July 12, 2019 by**<br>**Clerk U.S. Bankruptcy Court**<br>**District of New Jersey** |
|---|---|
| In Re:<br><br>**DIGEROLAMO, JOSEPH** | Case No.: **18-25147**<br><br>Chapter 7<br><br>Hearing Date: **07/11/19 @ 2:00PM**<br><br>Judge: JNP |

**ORDER AWARDING FINAL COMPENSATION AND EXPENSES
FOR THE ACCOUNTANT TO THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: July 12, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor:     **DIGEROLAMO, JOSEPH**

Case No.:   18-25147\JNP

Caption of Order: Order Approving Fees and Expenses for the Accountant for the Chapter 7 Trustee

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

APPLICANT

Sharer Petree Brotz & Snyder

FEES:         $1,851.50

EXPENSES      $   14.25

TOTAL:        $1,865.75