**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: DIGEROLAMO, JOSEPH | § Case No. 18-25147-JNP |
| | § |
| JOSEPH DIGEROLAMO | § |
| Debtor(s) | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 31, 2018. The undersigned trustee was appointed on July 31, 2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $           100,000.00

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 34,065.10 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 31,821.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 34,113.90 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/10/2018 and the deadline for filing governmental claims was 01/27/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,658.95. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,658.95, for a total compensation of $6,658.95.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $100.85, for total expenses of $100.85.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/14/2019             By: /s/ANDREW SKLAR
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-25147-JNP  
**Case Name:** DIGEROLAMO, JOSEPH  

**Period Ending:** 08/14/19

**Trustee:** (500320) ANDREW SKLAR  
**Filed (f) or Converted (c):** 07/31/18 (f)  
**§341(a) Meeting Date:** 09/07/18  
**Claims Bar Date:** 12/10/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  377 SAPLING WAY, ATCO, NJ 08004 | 31,620.00 | 0.00 | OA | 0.00 | FA |
| 2  2008 DODGE RAM 2500 PICK UP, 161,000 MILES | 6,208.00 | 0.00 | | 0.00 | FA |
| 3  2017 TAOTAO ATV | 600.00 | 0.00 | | 0.00 | FA |
| 4  HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 5  I-PHONE 6S - 2 YEARS OLD | 175.00 | 0.00 | | 0.00 | FA |
| 6  TAURUS 9MM - SLIM 706 | 500.00 | 0.00 | | 0.00 | FA |
| 7  CLOTHES | 300.00 | 0.00 | | 0.00 | FA |
| 8  JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 9  BB&T BANK - CHECKING X1997 | 200.00 | 0.00 | | 0.00 | FA |
| 10  TD BANK - CHECKING (JOINT WITH MOM) X6314 | 2,000.00 | 0.00 | | 0.00 | FA |
| 11  NJ STATE PENSION | 0.00 | 0.00 | | 0.00 | FA |
| 12  FEDERAL TAX REFUND | 97.00 | 0.00 | | 0.00 | FA |
| 13  STATEOF NJ TAX REFUND | 2,157.00 | 0.00 | | 0.00 | FA |
| 14  HOMEOWNERS INSURANCE POLICY | Unknown | 0.00 | | 0.00 | FA |
| 15  AMERICAN NATIONAL LIFE INS | 1,281.45 | 0.00 | | 0.00 | FA |
| 16  PI CASE<br>    TR employed SC to continue representation in PI. 5/21/2019 SC settled for $100K.  6/6/19 Debtor filed Amended Schedules B & C and changed value and exemption from $23,675.00 to $31,821.00 | 31,821.00 | 34,879.00 | | 100,000.00 | FA |
| 16  Assets  Totals (Excluding unknown values) | $78,559.45 | $34,879.00 | | $100,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

   TFR:  8/2/2019  
   TFR APPROVAL: PENDING  
   FINAL MTG:  PENDING  
   TDR:  PENDING  
   TDR APPROVAL:  PENDING

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 18-25147-JNP  
**Case Name:** DIGEROLAMO, JOSEPH  

**Period Ending:** 08/14/19

**Trustee:** (500320)  ANDREW SKLAR  
**Filed (f) or Converted (c):** 07/31/18 (f)  
**§341(a) Meeting Date:** 09/07/18  
**Claims Bar Date:** 12/10/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   September 30, 2020    **Current Projected Date Of Final Report (TFR):**    August 14, 2019  (Actual)

Printed: 08/14/2019 10:20 AM    V.14.56

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 18-25147-JNP | Trustee: | ANDREW SKLAR (500320) |
|---|---|---|---|
| Case Name: | DIGEROLAMO, JOSEPH | Bank Name: | Rabobank, N.A. |
| | | Account: | ******1566 - Checking Account |
| Taxpayer ID #: | **-***1355 | Blanket Bond: | $33,064,316.00 (per case limit) |
| Period Ending: | 08/14/19 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/20/19 | {16} | CHARLES H NUGENT ESQUIRE | P/I SETTLEMENT | 1129-000 | 100,000.00 | | 100,000.00 |
| 06/12/19 | | Transition Transfer Debit | | 9999-000 | | 100,000.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 100,000.00 | 100,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 100,000.00 | |
| | | | Subtotal | | 100,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $100,000.00 | $0.00 | |

{} Asset reference(s)

Printed: 08/14/2019 10:20 AM    V.14.56

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 18-25147-JNP | | Trustee: | ANDREW SKLAR (500320) |
|---|---|---|---|---|
| Case Name: | DIGEROLAMO, JOSEPH | | Bank Name: | United Bank |
| | | | Account: | ********1362 - Checking Account |
| Taxpayer ID #: | **-***1355 | | Blanket Bond: | $33,064,316.00  (per case limit) |
| Period Ending: | 08/14/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/12/19 | | Transfer from 0061 to 1362 | Transfer from 0061 to 1362 | 9999-000 | 100,000.00 | | 100,000.00 |
| 06/24/19 | 10101 | JOSEPH DiGEROLAMO | DEBTORS EXEMPTION | 8100-002 | | 31,821.00 | 68,179.00 |
| 06/24/19 | 10102 | Charles H. Nugent, Jr., Esquire | SPECIAL COUNSEL FEES- Order Allowing Fees 6/20/19 #36 | 3210-000 | | 32,966.95 | 35,212.05 |
| 06/24/19 | 10103 | Charles H. Nugent, Jr., Esquire | SPECIAL COUNSEL EXPENSES | 3220-000 | | 1,098.15 | 34,113.90 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 100,000.00 | 65,886.10 | $34,113.90 |
| | | | Less: Bank Transfers | | 100,000.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 65,886.10 | |
| | | | Less: Payments to Debtors | | | 31,821.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $34,065.10 | |

| | | |
|---|---|---|
| Net Receipts : | 100,000.00 |
| Less Payments to Debtor : | 31,821.00 |
| Net Estate : | $68,179.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******1566 | 100,000.00 | 0.00 | 0.00 |
| Checking # ********1362 | 0.00 | 34,065.10 | 34,113.90 |
| | $100,000.00 | $34,065.10 | $34,113.90 |

# Exhibit C - Claims Register

## Case: 18-25147-JNP   DIGEROLAMO, JOSEPH

Claims Bar Date: 12/10/18

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Charles H. Nugent, Jr., Esquire<br>NUGENT LAW<br>530 Lippincott Drive, Building E<br><br>Marlton, NJ 08053<br><br><3210-00   Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>07/31/18 | SPECIAL COUNSEL FEES<br><br>SPECIAL COUNSEL FEES - ORDER ALLOWING FEES & EXPENSES 6/20/2019-DOCKET #36<br>PD: 6/24/2019- CK# 10102   - $32,966.95 | $32,966.95<br>$32,966.95 | $32,966.95 | $0.00 |
| | Charles H. Nugent, Jr., Esquire<br>NUGENT LAW<br>530 Lippincott Drive, Building E<br><br>Marlton, NJ 08053<br><br><3220-00   Attorney for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>07/31/18 | SPECIAL COUNSEL EXPENSES<br><br>SPECIAL COUNSEL EXPENSES  - ORDER ALLOWING FEES & EXPENSES 6/20/2019- #36<br>PD: 6/24/2019- CK#10103   - $32,966.95 | $1,098.15<br>$1,098.15 | $1,098.15 | $0.00 |
| | ANDREW SKLAR<br>1200 Laurel Oak Road<br>Suite 102<br><br>Voorhees, NJ 08043<br><2200-00   Trustee Expenses>, 200 | Admin Ch. 7<br>07/31/18 | TRUSTEE EXPENSES<br><br>TRUSTEE EXPENSES | $100.85<br>$100.85 | $0.00 | $100.85 |
| | Sklar Law, LLC<br>1200 Laurel Oak Road  Suite 102<br><br>Voorhees, NJ 08043<br><3110-00   Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>07/31/18 | ATTY FOR TR FEES<br><br>ATTY FOR TR FEES | $1,595.00<br>$1,595.00 | $0.00 | $1,595.00 |
| | Sharer, Petree, Botz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br><br>Voorhees, NJ 08043<br><br><3410-00   Accountant for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>07/31/18 | ACCT FOR TR FEES<br><br>ACCT FOR TR FEES - ORDER ALLOWING FEES & EXPENSES 7/12/2019- Docket #39 | $1,851.50<br>$1,851.50 | $0.00 | $1,851.50 |
| | Sharer, Petree, Botz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br><br>Voorhees, NJ 08043<br><br><3420-00   Accountant for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>07/31/18 | ACCT FOR TR EXP<br><br>ACCT FOR TR EXP - ORDER ALLOWING FEES & EXPENSES 7/12/2019- Docket #39 | $14.25<br>$14.25 | $0.00 | $14.25 |

# Exhibit C - Claims Register

## Case: 18-25147-JNP   DIGEROLAMO, JOSEPH

Claims Bar Date: 12/10/18

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Sklar Law, LLC<br>1200 Laurel Oak Road  Suite 102<br><br>Voorhees, NJ 08043<br><3120-00   Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch. 7<br>07/31/18 | ATTY FOR TR EXPENSES<br><br>ATTY FOR TR EXPENSES | $58.05<br>$58.05 | $0.00 | $58.05 |
| | ANDREW SKLAR<br>1200 Laurel Oak Road<br>Suite 102<br><br>Voorhees, NJ 08043<br><2100-00   Trustee Compensation>,  200 | Admin Ch. 7<br>07/31/18 | TRUSTEE COMPENSATION<br><br>TRUSTEE COMPENSATION | $6,658.95<br>$6,658.95 | $0.00 | $6,658.95 |
| A | JOSEPH DiGEROLAMO<br>PO BOX 632<br><br>ATCO, NJ 08004<br><8100-00   Exemptions>,  100 | Secured<br>07/31/18 | DEBTORS EXEMPTION<br><br>DEBTOR'S EXEMPTION  IN P/I PROCEEDS<br>$23,675.00 11 USC Section 522(d)(11)(D) and $8,146.00 11 USC Section 522(d)(5)-added in Debtor's Amended Schedules B & C 6/6/2019-Docket #31<br>PD 6/24/2019- Ck# 10101 - $31,821.00 | $31,821.00<br>$31,821.00 | $31,821.00 | $0.00 |
| 1 | TOWNSHIP OF WATERFORD TAXATION DEPT<br>2131 AUBURN AVE<br>ATCO, NJ 08004-1900<br><4700-00   Real Property Tax Liens (pre-petition)>,  100 | Secured<br>08/22/18 | X2389<br><br>Secured-x2389- Deemed not allowed as fully collateralized by R/E | $354.00<br>$0.00 | $0.00 | $0.00 |
| 2 | CAVALRY SPV I, LLC<br>PO BOX 27288<br><br>TEMPE, AZ 85282<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/13/18 | X0568<br><br>GUS-X0568 | $811.25<br>$811.25 | $0.00 | $811.25 |
| 3 | BB&T, BANKRUPTCY SECTION<br>100-50-01-51<br>P.O. BOX 1847<br>WILSON, NC 27894<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/13/18 | X1997<br><br>GUS-X1997 | $2.75<br>$2.75 | $0.00 | $2.75 |
| 4 | CAVALRY SPV I, LLC<br>PO BOX 27288<br><br>TEMPE, AZ 85282<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/14/18 | X3314<br><br>GUS-X3314 | $1,483.60<br>$1,483.60 | $0.00 | $1,483.60 |

# Exhibit C - Claims Register

## Case: 18-25147-JNP   DIGEROLAMO, JOSEPH

Claims Bar Date: 12/10/18

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | THE ORIGINAL W. HARGRAVE DEMOLITION CO., 1507 STATE STREET<br><br>CAMDEN, NJ 08105<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 09/19/18 | 1462<br><br>X1462 | $14,200.00<br>$14,200.00 | $0.00 | $14,200.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC C/O CITIBANK, N.A. POB 12914 NORFOLK, VA 23541<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 10/08/18 | 9730<br><br>GUS-X9730 | $5,687.59<br>$5,687.59 | $0.00 | $5,687.59 |
| 7 | CAPITAL ONE, N.A. C/O BECKET AND LEE LLP PO BOX 3001 MALVERN, PA 19355-0701<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 10/10/18 | X6982<br><br>GUS-X6982 | $310.92<br>$310.92 | $0.00 | $310.92 |
| 8 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CAPITAL ONE BANK (USA), N.A. RESURGENT CAPITAL SERVICES,PO BOX 10587 GREENVILLE, SC 29603-0587<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 10/22/18 | X9198<br><br>GUS-X9198 | $461.55<br>$461.55 | $0.00 | $461.55 |
| 9 | VERIZON BY AMERICAN INFOSOURCE AS AGENT PO BOX 248838 OKLAHOMA CITY, OK 73124-8838<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 11/09/18 | 0001<br><br>GUS-X0001 | $1,442.09<br>$1,442.09 | $0.00 | $1,442.09 |
| 10 | WELLS FARGO BANK, N.A. PO BOX 14487<br><br>DES MOINES, IA 50309<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 11/28/18 | X599897742<br><br>GUS-X599897742 | $1,081.57<br>$1,081.57 | $0.00 | $1,081.57 |
| 11 | WEBCOLLEX LLC C/O JD RECEIVABLES LLC PO BOX 382656 GERMANTOWN, TN 38183<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 12/10/18 | X2134<br><br>GUS-X2134 | $1,622.84<br>$1,622.84 | $0.00 | $1,622.84 |
| | | | **Case Total:** | | $65,886.10 | $37,382.76 |

**TRUSTEE'S PROPOSED DISTRIBUTION**       Exhibit D

Case No.: 18-25147-JNP
Case Name: DIGEROLAMO, JOSEPH
Trustee Name: ANDREW SKLAR

**Balance on hand:**       $  34,113.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | TOWNSHIP OF WATERFORD | 354.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:       $  0.00
Remaining balance:       $  34,113.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ANDREW SKLAR | 6,658.95 | 0.00 | 6,658.95 |
| Trustee, Expenses - ANDREW SKLAR | 100.85 | 0.00 | 100.85 |
| Attorney for Trustee, Fees - Charles H. Nugent, Jr., Esquire | 32,966.95 | 32,966.95 | 0.00 |
| Attorney for Trustee, Expenses - Charles H. Nugent, Jr., Esquire | 1,098.15 | 1,098.15 | 0.00 |
| Accountant for Trustee, Fees - Sharer, Petree, Botz & Snyder | 1,851.50 | 0.00 | 1,851.50 |
| Accountant for Trustee, Expenses - Sharer, Petree, Botz & Snyder | 14.25 | 0.00 | 14.25 |
| Attorney for Trustee Fees - Sklar Law, LLC | 1,595.00 | 0.00 | 1,595.00 |
| Attorney for Trustee Expenses - Sklar Law, LLC | 58.05 | 0.00 | 58.05 |

Total to be paid for chapter 7 administration expenses:       $  10,278.60
Remaining balance:       $  23,835.30

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:       $  0.00
Remaining balance:       $  23,835.30

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 23,835.30 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,104.16 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 87.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | CAVALRY SPV I, LLC | 811.25 | 0.00 | 713.42 |
| 3 | BB&T, BANKRUPTCY SECTION | 2.75 | 0.00 | 2.42 |
| 4 | CAVALRY SPV I, LLC | 1,483.60 | 0.00 | 1,304.67 |
| 5 | THE ORIGINAL W. HARGRAVE DEMOLITION CO., | 14,200.00 | 0.00 | 12,487.42 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 5,687.59 | 0.00 | 5,001.64 |
| 7 | CAPITAL ONE, N.A. | 310.92 | 0.00 | 273.42 |
| 8 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS | 461.55 | 0.00 | 405.89 |
| 9 | VERIZON | 1,442.09 | 0.00 | 1,268.17 |
| 10 | WELLS FARGO BANK, N.A. | 1,081.57 | 0.00 | 951.13 |
| 11 | WEBCOLLEX LLC | 1,622.84 | 0.00 | 1,427.12 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 23,835.30 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**